**Webster SOUTHALL, Individually and as Natural Tutor and Administrator of his Minor Children, Melinda Gail Southall and Cynthia Ann Southall**

v.

**The EMPLOYERS LIABILITY ASSUR-ANCE CORPORATION.**

No. 48994.

Jan. 15, 1968.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

205 So.2d 441

**SOUTHERN BELL TELEPHONE & TELEGRAPH COMPANY**

v.

**ADMINISTRATOR, DIVISION OF EM-PLOYMENT SECURITY OF DEPART-MENT OF LABOR, State of Louisiana, and Patricia B. Broussard.**

No. 49009.

Dec. 20, 1967.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.